# IN THE SUPREME COURT OF THE STATE OF NEVADA

GHOSTFACE GHOST CROWE, A/K/A STEPHEN JOSHUA ZARATE,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 77476

FILED

DEC 11 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on October 5, 2018. Appellant did not file the notice of appeal, however, until November 15, 2018, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____ , J.
Pickering

_____ J.
Gibbons

_____ , J.
Hardesty

18-907935

cc: Hon. Douglas Smith, District Judge
Ghostface Ghost Crowe
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk